1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   EVA Y. DALEY,                    )   No.  CV 15-2404 PSG (FFM)
                                      )
12                      Petitioner,   )
                                      )   JUDGMENT
13         v.                         )
                                      )
14   DK JHONSON, Warden,              )
                                      )
15                      Respondent.   )
     _____)

16

17         Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

18   United States Magistrate Judge,

19         IT IS ADJUDGED that the Petition is dismissed with prejudice.

20

21   DATED:05/13/2016

22

23                                        _____

24                                            PHILIP S. GUTIERREZ
                                            United States District Judge
25

26

27

28